## (February 15, 1977)

■ In the Matter of NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent, and JAY DOBKIN et al., Intervenors-Respondents, v CITY OF NEW YORK et al., Appellants.—Oral motion for leave to appeal granted; order of the Supreme Court, New York County, entered on March 12, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lane and Markewich, JJ.

■ In the Matter of the Arbitration between SAMUEL L. PRESS, Respondent, and EMPIRE MUTUAL INSURANCE COMPANY, Appellant.—Judgment, Supreme Court, New York County, entered on July 23, 1976, unanimously affirmed on the opinion of Frank, J., at Special Term. Claimant-respondent shall recover of respondent-appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lane and Markewich, JJ.

■ In the Matter of MOBIL OIL CORPORATION, Respondent, v ENVIRONMENTAL PROTECTION ADMINISTRATION OF THE CITY OF NEW YORK et al., Appellants.—Judgment, Supreme Court, New York County, entered on January 5, 1976, unanimously affirmed on the opinion of Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lane and Markewich, JJ.

■ CHAMPION INTERNATIONAL CORPORATION, Respondent, v ROBERT S. MINER, Appellant.—Order, Supreme Court, New York County, entered on July 30, 1976, and the judgment entered thereon on August 11, 1976, unanimously affirmed on the opinion of Fein, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Appeal from order of Supreme Court, New York County, entered on November 4, 1976, unanimously dismissed as nonappealable. Concur—Kupferman, J. P., Murphy, Lane and Markewich, JJ.

■ In the Matter of the Estate of ANDREW MAIROWITZ, Deceased. JACK MAIROWITZ et al., Appellants; ELISSA MAIROWITZ, Respondent.—Order, Surrogate's Court, Bronx County, entered on June 22, 1976, unanimously affirmed on the opinion of Gelfand, S., without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lane and Markewich, JJ.